# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 4, 2019

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

159205(62)

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement

CALEB GRIFFIN,
        Plaintiff-Appellant,

v

SWARTZ AMBULANCE SERVICE,
        Defendant-Appellee,
and

SARAH ELIZABETH AURAND,
        Defendant.
_____/

Megan K. Cavanagh,
Justices

SC: 159205
COA: 340480
Genesee CC: 14-103977-NI

On order of the Chief Justice, the motion of defendant-appellee to extend the time for filing its supplemental brief is GRANTED. The supplemental brief will be accepted as timely filed if submitted on or before December 13, 2019.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 4, 2019



Clerk